# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

(CIA Secret Spy) Roman Klaimov CIA (FBI Fema) U.S. one Spy Agents Double Spy U.S. Israel (Russia witness) Enterprise Architecture Framework

CIA secret, CIA US Israel FBI US Russia FBI US Fema

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The United States of America Super Computer Texas Enterprise Architecture Framework New York All States New Jersey, Michigan. IBM, AOL, Microsoft Automakers GM, Chevy, BMW, Audi, Mercedes Benz, Volvo, Wolkswagen, scoda, Citrion, Renault, Bloomberg, Donald Trump and his doughter Bill Gates ext, (Dubai), Donald Trumps Doughter Paris, Templates in Architecture Framework Enterprise. SQL Improved, 50Cent, Tom Cruise

**COMPLAINT**

**15CV 8841**

Jury Trial: ☐ Yes  ☐ No
(check one)

Attached to the Back

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*


RECEIVED NOV - 9 2015 PRO SE OFFICE

## I. Parties in this complaint:

**A.** List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name  Roman Klaimov
Street Address  141-63 73 Terr
County, City  Flushing
State & Zip Code  NY 11367
Telephone Number  718-600-4384

**B.** List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Enterprise Architecture Framework
                  Street Address  Texas

*Rev. 05/2010*

County, City _____
State & Zip Code __Texas__
Telephone Number _____

Defendant No. 2   Name __Bill Godes Microsoft and his Russian programer__
Street Address __every state and Globaly.__
County, City __Washington State__
State & Zip Code _____
Telephone Number _____

Defendant No. 3   Name __Donald Trump his Dacter (Paris Dubai)__
Street Address __Casinos__
County, City __New Jersey__
State & Zip Code __Nevada, New Jersey.__
Telephone Number _____

Defendant No. 4   Name __Michael Bloomberg his stock Market__
Street Address _____
County, City __World Wide Stock Market__
State & Zip Code __New York City__
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions      ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 141-63 73 Terr Flushing 11367 150-72 Goethals Avenue 11432, 135-36 82nd Avenue Briarwood NY 11435.

B. What date and approximate time did the events giving rise to your claim(s) occur? since today saturday at present and past since 1983 1990 till 2015 after my recruitment and has happened before as well.

C. Facts: [What happened to you?] Used my human being geographicly inside me making technology also assemble such as pack. Cyberware gave help from NYPD in sex Cyber seducing my being to all technology plus all agency's like my investigation when I could and to give it outdoor plus when it is urgent write emails call or prasme natural way. Elena is her name [Who did what?] she sex Cyber to Enterprise Ahitecture Framework Templates SQL (all color type). Ingored by all these manufacturers. 50 Cent (musisist used me also in sex cyber, Tom Curie did some cyber. [Was anyone else involved?] Yes her partner she ended after pleasuring my eyes to cover up so no one would know to all agencys military in UKRAINE which is European as well as US Russia Israel.

[Who else saw what happened?] FBI SPY Satelite CIA Corona 6, 7, 8, 9, 10, 11, 12.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Hospitalization Rehab.

Rev. 0: 2010

## V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Give me my badges after eighteen of age and older base upon my contract look in to approaching them as a Secret Agent U.S. One Spy U.S. Russia Double Spy, U.S. Russia, Israel Triple Spy Check with CIA, FBI Enterprise Architecture Framework City Wide Manhattan and other U.S. city recorded in Enterprise Architecture Framework by Templates. Check all Templates that have been done besides any official agency involved with an agency out of U.S. or inside. Other Computer in agency's official's of The United States of America. (Super Computer on database, Templates) Must to Reward.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9__ day of __November__, 20__15__

Signature of Plaintiff ___Roman_____

Mailing Address ___141-63  73 Terr___
___Flushing NY 11367___

Telephone Number ___(708) 600-4384___

Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010