UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN KHAIMOV,

                         Plaintiff,

             -against-

THE UNITED STATES OF AMERICA, et al.,

                         Defendants.

15-CV-8841

ORDER GRANTING IFP APPLICATION

LORETTA A. PRESKA, Chief United States District Judge:

        Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:   November 24, 2015
         New York, New York

_____
        LORETTA A. PRESKA
    Chief United States District Judge